# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

WHITNEY BROOKS,

      Plaintiff,

v.                                                                              No. CV 21-531 WJ/CG

BYE UAS, INC., d/b/a
SILENT FALCON UAS TECHNOLOGIES,

      Defendant.

## ORDER EXTENDING DEFENDANT'S TIME TO FILE A RESPONSIVE PLEADING

**THIS MATTER** is before the Court on Defendant BYE UAS, Inc.'s *Unopposed Motion to Extend Time to Answer, Move, or Otherwise Respond to Complaint* (the "Motion"), (Doc. 13), filed July 9, 2021. In the Motion, Defendant explains that the parties are participating in mediation "on or before August 11, 2021." *Id.* at 1. Accordingly, Defendant requests an extension of either thirty days from the current answer deadline of July 12, 2021, or fourteen days after the parties' mediation, "whichever period of time is longer[,]" for Defendant "to answer, move, or otherwise respond to the Complaint, including the filing of a motion to dismiss based on binding arbitration[.]" *Id.* at 1-2. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant BYE UAS, Inc.'s responsive pleading to the Complaint is due either August 12, 2021, or fourteen days after the parties' scheduled mediation, whichever period of time is longer.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE