**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

WHITNEY BROOKS,

    Plaintiff,

v.                                                                         No. CV 21-531 WJ/CG

BYE UAS, INC., d/b/a
SILENT FALCON UAS TECHNOLOGIES,

    Defendant.

## ORDER EXTENDING DEFENDANT'S TIME TO FILE A RESPONSIVE PLEADING

**THIS MATTER** is before the Court on Defendant BYE UAS, Inc.'s *Second Unopposed Motion to Extend Time to Answer, Move, or Otherwise Respond to Complaint* (the "Motion"), (Doc. 21), filed July 19, 2021. In the Motion, Defendant explains that the previously anticipated mediation of August 11, 2021, is now scheduled for August 18, 2021. *Id.* at 2. Accordingly, Defendant requests an extension "up to and including August 25, 2021," for Defendant "to answer, move, or otherwise respond to the Complaint, including the filing of a motion to dismiss based on binding arbitration[.]" *Id.* at 2; *see also* (Doc. 19 (previously extending the answer deadline to "either August 12, 2021, or fourteen days after the parties' scheduled mediation, whichever period of time is longer")). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant BYE UAS, Inc.'s responsive pleading to the Complaint is due August 26, 2021.

2

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE